**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**GLENN LEE HUTCHENS**
**ADC #91914**                                                                **PLAINTIFF**

**V.**                                        **4:10CV01077 BSM/JTR**

**DAVID L. REYNOLDS,**
**Judge, Faulkner County Circuit Court, et al.**                **DEFENDANTS**


**ORDER**

The proposed findings and recommended disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections have been received.  After carefully considering these documents and making a *de novo* review of the record, the proposed findings and recommended disposition are approved and adopted in their entirety.


IT IS THEREFORE ORDERED THAT:

1.        Pursuant to the screening function mandated by 28 U.S.C. § 1915A, this case is DISMISSED, WITHOUT PREJUDICE, for failing to state a claim on which relief may be granted.

2.        Dismissal of this action CONSTITUTES a "strike," as defined by 28 U.S.C. § 1915(g).

3.        Pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this order and the accompanying judgment would not be taken in good faith.

Dated this 1st day of September, 2010.

UNITED STATES DISTRICT JUDGE