IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GLENN LEE HUTCHENS**
**ADC #91914**     PLAINTIFF

V.     4:10CV01077 BSM/JTR

**DAVID L. REYNOLDS,**
**Judge, Faulkner County Circuit Court, et al.**     DEFENDANTS

## JUDGMENT

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, for failing to state a claim upon which relief may be granted. Further, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this judgment and the accompanying order of dismissal would not be taken in good faith.

Dated this 1st day of September, 2010.

                           /s/ Brian S. Miller
                           UNITED STATES DISTRICT JUDGE